# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**                                                **Case Number**   15−70296−SCS
                                                                            **Chapter**   7

Margaret Jessica Ebel

                                        Debtor(s)

## NOTICE TO SHOW CAUSE

| | |
|---|---|
| **TO:** *Debtor(s)* | Margaret Jessica Ebel, 2831 Charlemagne Drive<br>Virginia Beach, VA 23451 |
| *Attorney for Debtor(s)* | Timolyn Whitney Tillman, Liberty Law Group<br>4646 Princess Anne Road<br>Suite 101<br>Virginia Beach, VA 23462 |
| *Trustee* | John C. McLemore, John C. McLemore, P.C.<br>500 E. Main Street, Suite 1210<br>Norfolk, VA 23510 |
| *United States Trustee* | 200 Granby Street, Room 625, Norfolk, VA, 23510 |

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* January 19, 2017
*Time:* 10:00 AM
*Location:* Chief Judge St. John − Courtroom 1, U.S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*68* − Order Upon Conversion of Chapter 13 to Chapter 7. (Re: related document(s)66 Notice of Voluntary Conversion from Chapter 13 to Chapter 7 filed by Margaret Jessica Ebel) Official Form 122 due: 11/17/2016. (Atkins, Julie)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $−0− is due and owing to the Clerk of Court.

Dated:  December 13, 2016                  William C. Redden, Clerk
                                                  United States Bankruptcy Court

                                                  By: */s/Julie Mapp Atkins*, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 15-70296-SCS
Margaret Jessica Ebel                                               Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: atkinsj           Page 1 of 1           Date Rcvd: Dec 13, 2016
                              Form ID: showcaus      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db             #+Margaret Jessica Ebel,    2831 Charlemagne Drive,    Virginia Beach, VA 23451-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              Edward S. Whitlock, III    on behalf of Creditor    Connects Federal Credit Union
               ewhitlock@lawplc.com,
                smilburn@lawplc.com;htaylor@lawplc.com;tholloman@lawplc.com;jwheeler@lawplc.com
              John C. McLemore     ch7trustee@verizon.net;,   VA36@ecfcbis.com;barbara_ch7@verizon.net
              Timolyn Whitney Tillman    on behalf of Debtor Margaret Jessica Ebel tillman@libertylawgroupva.com,
               larnie@libertylawgroupva.com,G6040@notify.cincompass.com
                                                                                                TOTAL: 3